UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| Ricky Hebert | Civil Action No. 04-1876 |
| versus | Judge Tucker L. Melançon |
| Weeks Marine, Inc. and/or Atlantic Sounding Company, Inc. | Magistrate Judge C. Michael Hill |

## JUDGMENT

In accordance with the Memorandum Ruling issued on this date,

IT IS ORDERED that the Motion for Summary Judgment filed by plaintiff Ricky Hebert [Rec. Doc. 23] is GRANTED and the Motion for Summary Judgment filed by defendants Weeks Marine, Inc. and Atlantic Sounding Company, Inc. [Rec. Doc. 25] is DENIED.

Thus done and signed this 10th day of March, 2006 at Lafayette Louisiana.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE