RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE ___6/14/06___

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE-OPELOUSAS DIVISION**

Ricky Hebert                                      Civil Action No. 04-1876

versus                                            Judge Tucker L. Melançon

Weeks Marine, Inc., et al                         Magistrate Judge C. Michael Hill

## JUDGMENT

This matter came on for non-jury trial, after regular fixing, on June 13, 2006. For oral reasons assigned this date, it is,

ORDERED, ADJUDGED, AND DECREED that there be judgment entered herein, in favor of the Plaintiff, Ricky Hebert, and against Defendants, Weeks Marine, Inc. and Atlantic Sounding Co., Inc., in the total sum of **$156,473.43**, plus any amounts that may be due to Semper, representing the following: **$10,500.00** for past economic losses; **$45,973.43** for past medical expenses, plus any amounts that may be due to Semper; **$100,000.00** for past and future physical pain and suffering, including physical disability, impairment, and inconvenience, and the effect of the Plaintiff's injuries and inconvenience on the normal pursuits and pleasures of life, and for past and future mental anguish and feelings of economic insecurity caused by disability.

IT IS FURTHER ORDERED that prejudgment interest on past damages be paid pursuant to Louisiana Revised Statute 13:4202 from the date of judicial demand until paid.

IT IS FURTHER ORDERED that post judgment interest be paid at the legal rate from the date of this judgment pursuant to 28 U.S.C. § 1961(a) until paid.

IT IS FURTHER ORDERED that Defendants, Weeks Marine, Inc. and Atlantic Sounding Co., Inc. be taxed with the costs of the proceeding pursuant to Federal Rule of Civil Procedure 54(d).

Thus done and signed, on this 14th day of June, 2006 at Lafayette, Louisiana.

_____
Tucker L. Melançon
United States District Judge